IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DYRON SMITH, #186977, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:13-cv-373-TMH |
| | ) |          [wo] |
| GWENDOLYN BABERS, *et. al,*, | ) | |
| | ) | |
| Defendants | ) | |

**OPINION and ORDER**

On September 24, 2013, the Magistrate Judge filed a Recommendation that this case be dismissed without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.  (Doc. 17).  No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice.  A Judgment in favor of the Defendants shall be forthcoming.

Done, this 24th day of October 2013.

　　　　　　　　　　　　　　　　　  /s/   Truman M. Hobbs                      
　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE