IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DYRON SMITH, #186977, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:13-cv-373-TMH |
| | )      [wo] |
| GWENDOLYN BABERS, *et. al,*, | ) |
| | ) |
| Defendants | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this

case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the

Defendants and against the Plaintiff, and that this action be and is hereby dismissed

without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this 24th day of October 2013.

        /s/   Truman M. Hobbs
        TRUMAN M. HOBBS
        SENIOR UNITED STATES DISTRICT JUDGE